1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  SATHYA OUM, CSBN 255431
   Special Assistant United States Attorney
5          6401 Security Boulevard
6          Baltimore, Maryland 21235
           Telephone: (510) 970-4846
7          Facsimile: (415) 744-0134
           Email: sathya.oum@ssa.gov
8
9  Attorneys for Defendant

10
                    UNITED STATES DISTRICT COURT
11                  EASTERN DISTRICT OF CALIFORNIA
12

13 ESTEBAN CAMPOS,                    )  No. 2:22-cv-01752-CKD
                                      )
14        Plaintiff,                  )  **STIPULATION TO VOLUNTARY**
                                      )  **REMAND PURSUANT TO**
15                                    )  **SENTENCE FOUR OF 42 U.S.C.**
          v.                          )  **§ 405(g) AND TO ENTRY OF**
16                                    )  **JUDGMENT; ORDER**
                                      )
17 KILOLO KIJAKAZI,                   )
   Acting Commissioner of Social Security, )
18                                    )
          Defendant.                  )
19                                    )
                                      )
20                                    )
   _____)
21

22        IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and

23 with the approval of the Court, that this action be remanded for further administrative

24 proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will

25 remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council

26 will instruct the ALJ to take further action, as warranted, to complete the administrative record.

27

28

1    The parties further request that the Clerk of the Court be directed to enter a final

2    judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

3    Commissioner.

4

5    Dated: April 5, 2023                    UNITED DISABILITY LAWYERS GROUP

6                                  By:     */s/ Betty Herrera**
                                            BETTY HERRERA
7                                           * *Authorized by James Gannon on* 3/31/23
                                            Attorney for Plaintiff
8

9    Dated: April 5, 2023                    PHILLIP A. TALBERT
                                             United States Attorney
10

11                                 By:     */s/ Sathya Oum*
                                            Special Assistant United States Attorney
12                                          Attorneys for Defendant

13

14                                        **ORDER**

15    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42

16   U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT**

17   **IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

18   Security for further proceedings consistent with the terms of the Stipulation to Remand.

19   Dated:  April 6, 2023

20                                         _____

21                                         CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28